# Lewis | Baach pllc

Eric L. Lewis
202 659 7203
eric.lewis@lewisbaach.com



FEB 29 2012

February 29, 2012

MEMO ENDORSED

**VIA FACSIMILE**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 1350
New York, New York 10007
Fax: (212) 805-6326

ADJOURNED TO 4/20/12 @ 9:45 am

Re: **Have Result Investments Limited v. Standard Chartered Bank et al.,**
No. 11-cv-09355 (CM)

Dear Judge McMahon:

This firm represents Petitioner Have Result Investments Limited ("HRIL") in the above referenced matter, which is scheduled for an initial conference on Friday, March 2 at 11:30am. We write to request that the initial conference be adjourned. HRIL intends to discontinue this action with respect to all respondents, and therefore the initial conference will not be necessary.

HRIL filed the present Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782 on December 20, 2011 (the "Application"). The Application seeks authority to issue subpoenas to obtain certain evidence from respondents Standard Chartered Bank ("SC"), Credit Suisse Securities (USA) LLC ("CSSU"), The BNY Mellon (formerly The Bank of New York) ("BNY Mellon"), and HSBC Bank USA, N.A. ("HSBC") for use in foreign judicial proceedings to which HRIL is a party. On February 8, 2012, HRIL discontinued this action with respect to respondent CSSU by filing a Stipulation of Dismissal. HRIL is now in the process of preparing a similar Stipulation of Dismissal with respondents SC, BNY Mellon, and HSBC (collectively the "Respondent Banks").

The Respondent Banks consent to the adjournment of the initial conference, which has not previously been adjourned.

FILED: 3/1/12

Respectfully submitted,

Eric L. Lewis

cc: Scott Reynolds, Esq., Paul Winke, Esq., Meredith L. Friedman, Esq. (via e-mail)

lewisbaach.com   1201 F Street, NW, Suite 500 | Washington, DC 20004 | t 202 833 8900 | f 202 466 5738
WASHINGTON  NEW YORK  LONDON  BUENOS AIRES
